[No. 2781–2.   Division Two.   June 8, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. LORING
JENSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce

County, No. 50205, Stanley W. Worswick, J., entered February 8, 1977. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Reed, A.C.J., and Petrie, J.